**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------X
                                                                 :
PATRICK COLLINS, INC.,                                           :
                                                                 :    Civil Action No. CV-11-1270
                            Plaintiff,                           :
                                                                 :
            vs.                                                  :
                                                                 :
JOHN DOES 1-22,                                                  :
                                                                 :
                            Defendants.                          :
                                                                 :
-----------------------------------------------------------------X
```

<u>**NOTICE OF APPEARANCE**</u>

PLEASE TAKE NOTICE, that I have been retained to represent the plaintiff, Patrick Collins, Inc. in the above-captioned matter and wish to appear before this Court.

I was admitted to practice before this District on August 26, 2008.

Dated: New York, New York
August 2, 2011

By: EW /s/
EVAN J. WHITE, ESQ. (EW 7951)
DiSanto LLP
15 Maiden Lane, Suite 1208
New York, New York 10038
Email: ewhite@disantolaw.com
Phone: (212) 766-2468

*Attorneys for Plaintiff*