UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X

PATRICK COLLINS, INC.

      Plaintiff,

vs.

JOHN DOES 1-22,

      Defendants.

----------------------------------------X

Civil Action No. 11 CV 1270

**STIPULATION AND ORDER TO CHANGE ATTORNEY**

  We, the undersigned, do hereby consent and agree that Evan J. White, Esq., attorney of record for the Plaintiff, K-BEECH, LTD., with offices located at 139 East 35th Street, New York, NY 10016, be relieved as counsel in this action and that the LAW OFFICE OF FREDERIC ABRAMSON, located at 160 Broadway, Ste. 500, New York, NY 10038, be substituted as attorney for the Plaintiff, K-Beech, Inc. in this action.

  We, the undersigned, do hereby consent and agree that Evan J. White, Esq., and Ignatius A. Grande, Esq. attorney of record for the Plaintiff, K-BEECH, LTD., with offices located at 15 Maiden Lane, Suite 1208, New York, NY 10038, be relieved as counsel in this action and that the LAW OFFICE OF FREDERIC ABRAMSON, located at 160 Broadway, Ste. 500, New York, NY 10038, be substituted as attorney for the Plaintiff, K-Beech, Inc. in this action.

Acknowledged and agreed to
on October 27, 2011

DiSanto LLP

By: _____
Evan White, Esq. (Bar No. EW7591)
15 Maiden Lane, Suite 1208
New York, NY 10038
Telephone: (212) 766-2468
Facsimile: (646) 390-2591


By: _____
Ignatius A. Grande (IG-5228)
15 Maiden Lane, Suite 1208
New York, NY 10038

Acknowledged and agreed to
on October 24, 2011

Law Office of Frederic Abramson

By: _____
Frederic Abramson, Esq. (Bar No. FA3918)
160 Broadway
Ste. 500
New York, NY 10038
Telephone: (212) 233-0666
Facsimile: (212) 267-7571


Acknowledged and agreed to
On October 28, 2011

_____
Authorized Representative for
Plaintiff

SO ORDERED

_____ U.S.D.J.

2